**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6693**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT KENNETH BRINSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, Senior District Judge.  (5:92-cr-00387-CMC-1)

Submitted:  November 6, 2024                    Decided:  November 14, 2024

Before KING, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Kenneth Brinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Kenneth Brinson, a federal prisoner, appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i).  Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in weighing the 18 U.S.C. § 3553(a) factors and concluding that Brinson was not entitled to a sentence reduction.  *See United States v. Moody*, 115 F.4th 304, 310 (4th Cir. 2024) (explaining standard of review); *Brodziak v. Runyon*, 145 F.3d 194, 196 (4th Cir. 1998) (recognizing that a decision "within the discretion of the [district] court should be affirmed even though we might have exercised that discretion quite differently").  Accordingly, we affirm the district court's order.  *United States v. Brinson*, No. 5:92-cr-00387-CMC-1 (D.S.C. June 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*